```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27156
   RICK J BELL
   DEBORAH L BELL                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-4633    SSN XXX-XX-7494
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/22/04 and confirmed on 09/23/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 143112.50 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | 84118.56 | .00 | 84118.56 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 3580.00 | .00 | 3580.00 |
| PHONECO CREDIT UNION | SECURED | 19872.00 | .00 | 19872.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 8863.29 | 401.37 | 8863.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7593.46 | .00 | 4340.84 |
| CAPITAL ONE FINANCIAL | UNSECURED | 506.00 | .00 | 289.26 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 340.00 | .00 | 194.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3112.41 | .00 | 1779.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1705.23 | .00 | 974.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4795.78 | .00 | 2741.53 |
| PHONECO CREDIT UNION | UNSECURED | 7261.19 | .00 | 4150.90 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1190.13 | .00 | 680.34 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1217.67 | .00 | 696.09 |
| VILLAGE OF TINLEY PARK | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 116433.85 | .00 | 27721.87 | .00 | 144155.72 |
| PRINCIPAL PAID | 116433.85 | .00 | 15847.35 | .00 | 132281.20 |
| INTEREST PAID | 401.37 | .00 | .00 | .00 | 401.37 |
| TOTAL PAID | 116835.22 | .00 | 15847.35 | .00 | 132682.57 |

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    6392.43 .

Refunds to the Debtor totaled $    1337.50 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

    Dated: 03/13/09                       /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE